425 A.2d 17

Whitman v. Whitman, Appellant.

Argued march 20, 1979. Francis P. O'Hara, for appellant; Leonard F. Markel, for appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Order affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce.

425 A.2d 17

333 Fourth Ave, Ltd., etc. v. Albright, Appellants.

Argued September 12, 1979. George E. Ewing, for appellants; James H. McCune, for appellees.

Before CERCONE, P. J., and CAVANAUGH and HOFFMAN, JJ.

Judgment affirmed.